No. 97–7480.  PEDROSO v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 97–7484.  MILIAN v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 97–7485.  BROWN v. FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 97–7487.  BLACKSHAW v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 97–7489.  KARAGIANES v. KARAGIANES ET AL.  Sup. Ct. Haw.  Certiorari denied.

No. 97–7493.  HALL v. SHELBY COUNTY GOVERNMENT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–7500.  HARMON v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 97–7504.  HOWARD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–7505.  DAVIS v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 97–7506.  GOMEZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 97–7513.  DECKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–7515.  TEFFETELLER v. GRIMES, CHIEF JUSTICE, SUPREME COURT OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–7520.  AL-AMIN v. SEITER, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 97–7522.  BANKS v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.